IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. PLOUFFE, JR., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| : | |
| BAYVIEW LOAN SERVICING, LLC, : | NO. 15-5699 |
| et al., : | |
| : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 31st day of October, 2016, after consideration of the Defendants' joint motion to dismiss (Doc. No. 18), as well as the parties' pleadings and briefs, **IT IS HEREBY ORDERED** that:

1. The Defendants' joint motion to dismiss plaintiff's claims under the FDCPA (Doc. No. 16 ¶¶ 79–89) is **DENIED**.

2. The Defendants' joint motion to dismiss plaintiff's claims under RESPA (Doc. No. 16 ¶¶ 90–103) is **DENIED**.

3. The Defendants' joint motion to dismiss plaintiff's FDCPA and RESPA claims against the individual defendants, Hakeem Collins and My-Lei Jean Pierre, is **DENIED.**

4. The Defendants' joint motion to dismiss all other claims is **GRANTED**.

BY THE COURT

 /s/ **_Lawrence F. Stengel_**
LAWRENCE F. STENGEL, J.