# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. PLOUFFE, JR.,    : | |
| :  | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v.    : | |
| : | |
| BAYVIEW LOAN SERVICING, LLC,   : | |
| et al.,   : | NO. 15-5699 |
| : | |
| **Defendants.** | |

## ORDER

**AND NOW,** this 13th day of June, 2018, upon consideration of the defendants' motion for summary judgment (Doc. No. 55), the plaintiff's response thereto (Doc. Nos. 56, 57), the defendants' reply (Doc. No. 59), and the plaintiff's supplemental brief (Doc. No. 61), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety.

The Clerk of Court is directed to mark this case **CLOSED** for all purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.